UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-60852-JAL

LIONAL DALTON,

    Plaintiff,

vs.

BOLENDER PROPERTIES
GROUP, L.C., and EXECUTIVE
HARDWARE & RENTAL, LLC
d/b/a EXECUTIVE HARDWARE,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, LIONAL DALTON, and Defendant, BOLENDER PROPERTIES GROUP, L.C., and EXECUTIVE HARDWARE & RENTAL, LLC d/b/a EXECUTIVE HARDWARE, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action without prejudice, with each bearing their own attorneys' fees and costs.

AGREED and STIPULATED on this 20th day of June, 2016.

| | |
|---|---|
| */s/ Mark D. Cohen* | */s/ Stephanie Griffin* |
| Mark D. Cohen, Esquire | Stephanie Griffin, Esquire |
| Florida Bar No. 347345 | Florida Bar No. 85019 |
| **J & M ADVOCACY GROUP, LLC** | **MINERLEY FEIN, P.A.** |
| Presidential Circle | 1200 N. Federal Highway, Suite 420 |
| 4000 Hollywood Blvd., Ste. 435 South | Boca Raton, FL 33432 |
| Hollywood, FL 33021 | Telephone: (561) 6699 |
| Telephone: (954) 962-1166 | Email: litigation@minerleyfein.com |
| Facsimile: (954) 962-1779 | *Counsel for Defendant* |
| Email: service@jmadvocacygroup.com | |
| *Counsel for Plaintiff* | */s/ Edward F. Holodak* |
| | Edward F. Holodak, Esquire |
| | Florida Bar No. 59234 |

Edward F. Holodak, P.A.
7951 SW 6th Street, Ste. 210
Plantation, FL 33324
Telephone: 954-927-3436
Email: Edward@holodakpa.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June 2016, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**J & M Advocacy Group, LLC**
*Attorney for Plaintiff*
Presidential Circle, Ste. #435 So.
4000 Hollywood Blvd.
Hollywood, FL 33021
Telephone: (954) 962-1166
Service Email: service@jmadvocacygroup.com

By: /s/ Mark D. Cohen
Mark D. Cohen, ESQ.
Fla. Bar No. 347345